1
2
3                                           JS-6
4
5
6
7
8                UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   JANETTA E. C., | Case No. 2:22-CV-02198-KES |
| 12              Plaintiff, | |
| 13     v. | JUDGMENT |
| 14   KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| 15 | |
| 16             Defendant. | |

17
18      IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19 Memorandum Opinion and Order, the decision of the Commissioner of the Social
20 Security Administration is affirmed and this action is dismissed with prejudice.
21
22 DATED: <u>November 28, 2022</u>
23                           *Karen E. Scott*
24                           KAREN E. SCOTT
                      United States Magistrate Judge
25
26
27
28